UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:25-CR-00430(1)-EG |
| | § | |
| (1) KENNETH WAYNE MULKEY | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Having considered defendant's written motion for continuance filed on **April 11, 2025**, it is the opinion of the Court that said motion should be granted and the docket call, jury selection and trial in this case should be and is continued.  Therefore, the Court makes the following amended schedule as to this defendant(s):

The deadline for notifying the court of any plea agreement entered into by the parties in this cause is extended to **Friday, May 16, 2025**.

Docket call and Rearraignment are reset for **Tuesday**, **May 20, 2025** at **9:00 A.M.** before United States District Judge Ernest Gonzalez, Federal Building-U.S. Courts, 111 East Broadway, 2nd Floor, Courtroom Number 3, Del Rio, Texas.

Jury selection and trial are reset for **Tuesday**, **May 27, 2025** at **9:00 A.M.** in the Courtroom of United States District Judge Ernest Gonzalez, Federal Building-U.S. Courts, 111 East Broadway, 2nd Floor, Courtroom Number 3, Del Rio, Texas.

The Court finds that the period between **April 11, 2025** through **May 27, 2025** is a reasonable period of necessary delay to allow counsel time for preparation for trial.  The Court further finds that the interest of justice served by taking this action outweighs the best interest of the public and the defendant in a speedy trial, and further finds that such period shall be excluded from the time which the defendant must be brought to trial under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8).

## THE FOLLOWING INSTRUCTIONS SHOULD BE UNDERSTOOD BY COUNSEL AND THE DEFENDANT:

### Motions for Continuance of Docket Call

Any motions for continuance of docket call must be electronically filed with the Clerk Of Court on or before the close of business on **May 16, 2025**. Failure to file motion for continuance by this date will necessitate the case to remain on docket call and appearance of defense counsel will be required.

### Guilty Plea Announcement

Any requests for entry of guilty plea must be directed to Jessica Patino, Courtroom Deputy for Judge Gonzalez, via phone ((830) 308-6410) or email (jessica_patino@txwd.uscourts.gov) on or before the close of business on **May 16, 2025**. Failure to notify the courtroom deputy of the request for a plea hearing by this date will necessitate the case to remain on docket call and appearance of defense counsel to make a formal announcement will be required. If the defendant has scheduled a plea, both the defendant and defense counsel are excused from docket call.

### Jury Trial or Motion Hearing Announcement

If the defendant wishes to announce ready for trial or is requesting a specific type hearing, formal announcement must be made at docket call by the defense attorney. The defendant does not need to be present unless specifically requested by the defense attorney.

**AS A REMINDER TO THE ATTORNEY FOR DEFENDANT**:  If your client is in custody, arrangements should be made with the United States Marshal Service prior to date of jury selection and trial to ensure your client has proper attire. All exhibits shall be marked by counsel prior to jury selection.

In addition, if a defendant or witness require the services of a court interpreter that interprets other than Spanish, please notify Jessica Patino, Courtroom Deputy for Judge Gonzalez, via phone ((830) 308-6410) or email (jessica_patino@txwd.uscourts.gov), no later than ten (10) days before the court setting.

**Counsel for defendant shall notify defendant** of this setting and, if defendant is on bond, advise the defendant that he/she must be present for all court settings unless excused by the Court.

The Clerk of Court shall send a copy of this order to the United States Attorney and to the attorney for defendant.

IT IS SO ORDERED this 11th day of April, 2025.

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE